**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1942**

_____

In re:  RONALD MCCLARY,

                    Petitioner.

_____

On Petition for Writ of Mandamus.  (3:16-cv-00088-FDW)

_____

Submitted:  November 17, 2016        Decided:  November 21, 2016

_____

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Ronald McClary, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary petitions for a writ of mandamus seeking an order directing the district court to provide him with copies of his filings from all of his lawsuits. We conclude that McClary is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

McClary has not demonstrated a clear right to the requested relief. Accordingly, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2